FILED
US DISTRICT COURT
WESTERN DISTRICT
OF ARKANSAS
Dec 10, 2024
OFFICE OF THE CLERK

In the United States District Court
Western District Of Arkansas
_____ Division

Ryan A. Lumley
266781

*(In the space above enter your full name and Prison ID Number, if any. Do not include your Social Security Number).*

-against-

Brixey, Benjamin James
Robinson, Keenan Jamal
Hall, Joseph Bell, III
State of Arkansas
H. Seratt

*(In the space above enter the full name of each Defendant)*

Case No. 5:24cv5253
~~5:24cv5252~~
(To be filled out by Clerk's Office only)

**COMPLAINT**
(*Pro Se* Prisoner)

Jury Demand?
☑ Yes
☐ No

**NOTICE**

Do not attach exhibits, affidavits, grievances, witness statements, or any other materials to your Complaint. Any materials other than the Complaint will be returned to you unfiled by the Clerk's Office.

**I. PLAINTIFF INFORMATION**

Ryan Andrew Lumley
Name (First, Middle, Last)                    Aliases

266781
Prisoner ID #, if any

Washington County Jail
Place of Detention or Incarceration

Page 1 of 11

1155 W Clydesdale Drive
Address (If detained, facility address)

Fayetteville    Arkansas    72701
County, City    State    Zip Code

## II. PRISONER STATUS

*Check all boxes that apply to you:*

☐ Pretrial detainee (in custody pending new charges)

☐ Convicted and serving a sentence. Provide Date of Conviction _____.

☐ Convicted and detained pending a parole violation.

☐ Convicted but in custody on new charges.

☑ Other. Explain. found unfit to proceed

## III. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. If you need more space for additional defendants, list the additional defendants on another piece of paper, providing the same information. Do not list witnesses. The jail or detention center is a building and cannot be sued.*

Defendant 1:   Seratt, Seratt
Name (Last, First)

officer
Current Job Title

100 W Rock St
Current Work Address

Fayetteville    AR    72701
County, City    State    Zip Code

Defendant 2:   Brixey, Benjamin James
Name (Last, First)

Page 2 of 11

Officer
Current Job Title

100 W Rock St
Current Work Address

Fayetteville           AR           72701
County, City           State        Zip Code

Defendant 3:  Robinson, Keenan Jamal
Name (Last, First)

Officer
Current Job Title

100 W Rock St
Current Work Address

Fayetteville AR        72701
County, City           State        Zip Code

Defendant 4:  Hall, Joseph Bell, III
Name (Last, First)

Officer
Current Job Title

100 W. Rock St
Current Work Address

Fayetteville           AR           72701
County, City           State        Zip Code

See attachment #1 for additional defendants.

attachment #1

additional defendants

Defendant 5: State of Arkansas

address : S unknown st
Little Rock, AR unk

Defendant 6: Linsay, Mark

Judge

address : Circuit Judge
Washington and Madison Counties
4th Judicial Circuit, Sixth Division
P.O. Box 1612
Fayetteville, Arkansas 72702

Defendant 7: Dixon, Jonathan

Prosecuting attorney

address : 4th Judicial District Prosecutor
280 N. College, Suite 301
Fayetteville AR, 72701

attachment #1 continued

additional defendants.

Defendant 8: Cantrell, Jay

        Sheriff

address: Washington County Jail
1155 W. Clydesdale Drive
Fayetteville, AR 72701

## IV. STATEMENT OF CLAIMS

*State every ground on which you claim that one or more of the Defendants violated your federal constitutional rights. List each claim separately (e.g., excessive force, denial of medical care, access to the Courts, conditions of confinement, etc.). If you have more than three separate claims, you may attach additional sheets of paper, providing the same information for each claim. You may attach no more than one additional sheet for each claim.*

**Claim Number 1:**

Place(s) of occurrence: 4089 W Santa Maria LN, Fayetteville AR

Date(s) of occurrence: 03/11/2022

Name of Each Defendant Involved:

Brixey, Benjamin James
Robinson, Keenan Jamal
Hall, Joseph Bell, III
Seratt, H

*State which of your federal constitutional rights (e.g., excessive force, denial of medical care, conditions of confinement, etc.) or federal statutory rights have been violated:*

excessive force, denial of Mental health care, illegal search and seizure, Retaliation, Deprevation of rights under the color of law.

*State here briefly the FACTS that support your case. Describe how EACH DEFENDANT was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

**FACTS:** [What happened to you?] on the day in question I was rushed and tackled with tacticks of a football player, by officers while I was standing in my garage, pomelled to the ground by multiple officers.

Page 4 of 11

**Who did what?**

I was tackled by officer Robinson #446 thereafter other officers jumped on me with knees on my back and head

**How were you injured?**

I suffered multiple bruises and abrasions and is still dealing with the mental trauma from the incident. I am still in Detention since the incident.

With regard to claim 1, are you suing Defendant(s) in his/her/their:

☐ Official capacity only (An official capacity claim is the same as suing the governmental entity the Defendant(s) work(s) for and **requires** proof that a custom, policy, or widespread practice of the governmental entity caused the violation).

☐ Individual capacity only (An individual capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).

☑ Both Official and Individual capacity

<u>If you are asserting an official capacity claim</u>, please describe the custom, policy, or widespread practice that you believe caused the violation of your constitutional rights.

Individuals who are under the influence of substances, having a mental health crisis and being black are elaborately over charged with crimes and thrown in jail while denied access of mental health care with no regards for their constitutional rights.

**Claim Number 2:**

Place(s) of occurrence: washington county courthouse

Date(s) of occurrence: 03/11/2022, 04/27/2022, to present

Name of Each Defendant Involved:

Linsey, Mark
Dixon, Jonathan

*State which of your federal constitutional rights (e.g., excessive force, denial of medical care, conditions of confinement, etc.) or federal statutory rights have been violated:*

Excessive bond, deprivation of liberty without trial or Due process of Law. Denied a speedy trial, denied equal protection and due process of law, disparage of rights.

*State here briefly the FACTS that support your case. Describe how EACH DEFENDANT was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

**FACTS:**

**What happened to you?** I have been imprisoned for over 14 months held in bondage without trial. Was denied a bond hearing. Denied access to a library.

**Who did what?** Dixon, Johathan have placed an elaborate charges and bond supported by Linsey, Mark in Retaliation against me.

**How were you injured?** I have been suffering mental anguish and pain in confinement as well as mental health deterioration. Mental trauma under inhumane overcrowded jail conditions.

Page 6 of 11

With regard to claim 2, are you suing Defendant(s) in his/her/their:

- ☐ Official capacity only (An official capacity claim is the same as suing the governmental entity the Defendant(s) work(s) for and **requires** proof that a custom, policy, or widespread practice of the governmental entity caused the alleged violation).
- ☐ Individual capacity only (An individual capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).
- ☒ Both Official and Individual capacity

*If you are asserting an official capacity claim, please describe the custom, policy, or widespread that you believe caused the violation of your constitutional rights.*

The courts have been implementing excessive bonds on people who are unable to pay and make ellaborate charges against defendants with the hope they will accept a plea deal. Further denying us our constitutional rights due to race and social poverty.

**Claim Number 3:**

Place(s) of occurrence: Washington County Jail

Date(s) of occurrence: 09/29/2023 — Present

Name of Each Defendant Involved:

Cantrel, Jay

*State which of your federal constitutional rights (e.g., excessive force, denial of medical care, conditions of confinement, etc.) or federal statutory rights have been violated:*

denial of mental health care
conditions of confinement.

State here briefly the **FACTS** that support your case. Describe how **EACH DEFENDANT** was *personally involved* in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.

FACTS:

<small>What happened to you?</small>

For close to a year I was subjected to sleeping on the floor in overcrowded conditions, at risk of Death due to obvious fire hazzards, leaking toilets, unhealthy conditions.

<small>Who did what?</small>

Cantrell, Jay has maintained a jail facilitating civil rights violations of the inmates.

<small>How were you injured?</small>

I have and continue to suffer mental health trauma and deterioration as a result of the conditions in the Jail.

With regard to claim 3, are you suing Defendant(s) in his/her/their:

☐ Official capacity only (An official capacity claim is the same as suing the governmental entity the Defendant(s) work(s) for and **requires** proof that a custom, policy, or widespread practice of the governmental entity caused the alleged violation).

☐ Individual capacity only (An individual capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).

☑ Both Official and Individual capacity

*If you are asserting an official capacity claim,* please describe the custom, policy, or widespread practice that you believe caused the violation of your constitutional rights.

Washington County jail under the admin-

Page 8 of 11

istrated authority of Cantrell, Jay maintains a environment that is dangerous to inmates in violation of city health and fire codes and in violation of civil rights.

## V. RELIEF

*If you are asking for money damages from the named Defendant(s), indicate below the types of damages you are seeking:*

- ☑ Compensatory damages (money damages designed to compensate for injuries, such as physical pain and suffering, etc., that are caused by the deprivation of constitutional rights).
- ☑ Punitive damages (designed to punish a defendant for engaging in misconduct and to deter a Defendant and others from engaging in such misconduct in the future).
- ☑ Other relief (describe below).

Release from bondage

*State briefly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes. If you are requesting money damages, include the amounts of any actual damages and/or punitive damages you are claiming. Explain why you believe you are entitled to those damages.*

I am seeking relief from bondage by the court. I am also seeking $3,333,000 for my pain and suffering that has continued up to this moment and my civil and constitutional rights denied me. I am entitled to these damages because thus far at this moment I have been denied 14 months of my freedom time spent in pain and suffering, time I was using to complete graduate school in persuite of my freedom

Page 9 of 11

and liberty and my american dream.

## VI. PRISONER'S LITIGATION HISTORY

Have you brought any other lawsuits in state or federal Court while a prisoner?  ☐ Yes  ☒ No

If yes, how many? ___0___

Have you brought any other lawsuits in state or federal Court **dealing with the same facts as this case**?  ☐ Yes  ☒ No

If yes, how many? ___0___

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), Court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)
- The "three strikes rule" bars a prisoner from bringing a civil action or an appeal without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility brought an action or appeal . . . that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g). **To the best of your knowledge, indicate if any of your cases were dismissed because they were frivolous, malicious, or failed to state a claim upon which relief could be granted, had a strike assessed, or were dismissed because of the "three strikes rule."**

n/a

n/a

## VII. PLAINTIFF'S DECLARATION AND SIGNATURE

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office shall result in the dismissal of my case.

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

*Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

12/03/2024
Dated

[Signature] all rights rsvd
Plaintiff's Signature

Ryan Andrew Lumley
Printed Name (First, MI, Last)

266781
Prison Identification #, if any.

1155 W Clydesdale Dr    Fayetteville    AR    72701
Prison Address          City             State  Zip Code

Ryan Lumley Case 5:24-cv-05252-CDC
Washington County Jail
1155 W Clydesdale Drive
Fayetteville, AR 72701

Received WD/AR
DEC - 9 2024
U.S. Clerk's Office

Pro Se Law Clerk Office
35 East Mountain Street, Suite 510
Fayetteville, AR 72701