IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**RYAN ANDREW LUMLEY**                                                                                   **PLAINTIFF**

V.                                       **CASE NO. 5:24-CV-5253**

**CDC CIRCUIT JUDGE MARK LINDSAY**
**and PROSECUTING ATTORNEY JONATHAN DIXON**                          **DEFENDANTS**

## ORDER

Now before the Court is the Report and Recommendation (Doc. 7) of the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. Fourteen days have passed, and neither party has filed objections.

Accordingly, the Court **ADOPTS** the Report and Recommendation **IN ITS ENTIRETY**. Upon preservice screening, **IT IS ORDERED** that the case is **DISMISSED WITHOUT PREJUDICE** because Defendants are immune from suit. *See* 28 U.S.C. § 1915A(b)(2).

**IT IS SO ORDERED** on this 19th day of February, 2025.

*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE